APRIL 5, 1940

**No. 43452.**—SUIT 4166.—.—*Nippon Dry Goods Co.* v. *United States.* T. D. 49372 affirmed. C. A. D. 100.

APRIL 9, 1940

**No. 43453.**—SUIT 4254.——*United States* v. *Dyson Shipping Co., Inc.* C. D. 115 reversed. C. A. D. 96.

BEFORE THE SECOND DIVISION, APRIL 10, 1940

**No. 43454.**—Protests 671292–G, etc., of C. J. Mentrup Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43455.**—Protests 737959–G, etc., of Geo. E. Mallinson Importing Co., Inc. (Philadelphia).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43456.**—Protests 843692–G, etc., of Wm. Goodacre & Sons et al. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43457.**—Protests 960941–G, etc., of Wm. Goodacre & Sons, Ltd. (Boston).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43458.**—Protests 945482–G, etc., of Wolf Greenspan & Sons (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.